entered March 16, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.   The action was brought to recover intestate's share in certain funds collected by defendant as assignee of the interests of a syndicate formed for the purpose of entering into a contract with the Russian government for the manufacture and deliverance of shrapnel shells.   For organizing and assisting in the work of the syndicate, it had been specified that intestate was to receive the sum of five cents per shell.

*Frederic E. Mygatt, Roger B. Siddall* and *John M. Woolsey* for appellant.

*Amos J. Peaslee* and *A. Lewis Spitzer* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.   Dissenting: HISCOCK, Ch. J., and McLAUGHLIN, J.

---

In the Matter of the Application of the CITY OF NEW YORK, Respondent.

NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants; TRANSIT COMMISSION OF THE STATE OF NEW YORK, Respondent.   (East 238th Street Crossing.)

*Railroads* — *New York city* — *carry street across tracks.*

*Matter of City of New York (East 238th St.),* 215 App. Div. 152, affirmed.

(Argued June 4, 1926; decided July 9, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 15, 1926, which unanimously affirmed a determination of the Transit Commission directing that East Two Hundred and Thirty-eighth street in the borough of The Bronx, city of New York, be carried accross the Bronx River valley upon a viaduct in accordance with plans and specifications previously approved and that appellant railroad companies construct so much of said bridge as was above their respective

rights of way running through said valley, and also the approach at the eastern end of said bridge, the companies being held responsible only for one-half of the cost of such construction, as provided by section 94 of the Railroad Law. (See 224 N. Y. 708; 238 N. Y. 122.)

*Isaac N. Mills, Alexander S. Lyman* and *Charles M. Sheafe, Jr.,* for appellants.

*Carleton S. Cooke* and *Louis W. Stotesbury* for Transit Commission, respondent.

*George P. Nicholson, Corporation Counsel (Vincent Victory* of counsel), for city of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, MCLAUGHLIN, CRANE and LEHMAN, JJ.. Dissenting: CARDOZO and ANDREWS, JJ. Not voting: HISCOCK, Ch. J.

---

REAL ESTATE FINANCE CORPORATION, Respondent, *v.* ALICE K. JOHNSON, Appellant, Impleaded with Another.

*Bills, notes and checks — usury — action to recover upon promissory note — defense of usury — reasonable charge for services in financing building project.*

Real Estate Finance Corp. v. Johnson, 215 App. Div. 769, affirmed. (Submitted June 4, 1926; decided July 9, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 9, 1926, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action to recover upon a promissory note. The defense was usury, the answer alleging that the note in suit was a renewal note in place of a note for $10,000 given upon an usurious agreement whereby the plaintiff exacted and took $800, in addition to legal interest, for the use of the money for a period of seventy-five days. The trial court held that the parties intended the $800 to be a payment for services in financing a building project in which plaintiff was interested and that the amount was a reasonable charge for the work done.